IN re JOSEPH HILTON MCDONALD

Petitioner

PEOPLE OF THE STATE OF CALIFORNIA

Respondent(s)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

FILED APR - 9 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

1983

FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ✓ No ___
COPIES SENT TO Court ✓ ProSe ___

I, JOSEPH HILTON MCDONALD, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

'08 CV 0652 L PCL

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. N/A

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? (Excluding ordinary household furnishings and clothing) ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 2*vv*-08 3-23-08     _____
                Date                Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 on account to his credit at the LANCASTER STATE PRISON institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: N/A

2-   -08     _____
  Date            Authorized Officer of Institution/Title of Officer

IN re JOSEPH HILTON MCDONALD P.O. BOX 1430-93539-4430

Telephone ( ) N/A

☐ FPD  ☐ Apptd  ☐ CJA  ☒ Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN re JOSEPH HILTON MCDONALD

PLAINTIFF(S),

v.

PEOPLE OF THE STATE OF CALIFORNIA,

DEFENDANT(S).

**CASE NUMBER**
SCE234930/ D046881

Motion, Affidavit and Order re: Appeal In Forma Pauperis:  ☐ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

## MOTION AND AFFIDAVIT

The undersigned JOSEPH MCDONALD, a party in the within action, moves the Court under 28 USC § 1915 authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are following:

   a. CONTAINED HEREIN .1-12

   b. _____

   c. _____

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? N/A

   If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?

   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

(continued on page -2-)

A-18(09/97)   Motion, Affidavit & Order Re Appeal in Forma Pauperis

Motion, Affidavit & Order Re Appeal in Forma Pauperis

c. Are you presently employed in prison?   Yes ☐   No ☒
If yes, state the number of hours you work per week and the hourly rate of pay.
_____

d. Do you own any cash or do you have money in a checking or savings account?
Yes ☐   No ☒
If the answer is yes, state the amount of money in each account separately as of six (6) months pri to the date of this affidavit. _____
_____

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excludi ordinary household furnishings and clothing)? ___NO_____

f. In what year did you last file an income tax return? ___2005_____

g. Approximately how much income did your last tax return reflect? ___cannot remeber___

h. List the persons who are dependent upon you for support and state your relationship to those perso
___NONE_____

i. State monthly expenses, itemizing the major items. _____
___NONE_____

_____
Signature of Party

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __2-  -08_____        _____
                                    Signature of Attorney
                                    (Disregard if filed in propria persona)

PAGE 2 (Order on page -3-)

A-18(09/97)   MOTION, AFFIDAVIT AND ORDER RE APPEAL IN FORMA PAUPERIS

## ORDER

(The check mark in the appropriate box indicates the Order made)

☐ **THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS <u>DENIED.</u>** The Court certifie that the proposed appeal is not taken in good faith under 28 U.S.C. 1915(a) and is frivolous, without merit and doe not present a substantial question within the meaning of 28 U.S.C. 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this caus

DATED:_____                    _____
                                                 UNITED STATES DISTRICT JUDGE


☐ **THE COURT HAS CONSIDERED THE MOTION AND THE MOTION IS GRANTED.** It appears to tl Court that the proposed appeal is taken in good faith within the meaning of 28 U.S.C. 1915(a). The Court certifi that the proposed appeal is not frivolous, that it presents a substantial question, and that a transcript is needed decide the issue presented by the proposed appeal, all within the meaning of 28 U.S.C. 735 (f). The within movi party is authorized to prosecute an appeal in forma pauperis to the United States Court of Appeals for the Nii Circuit without pre-payment of any fees or costs and without giving security therefor. The Court Reporter directed to prepare and file with the Clerk of this Court an original and one copy of a transcript of all proceedi had in this Court in this cause; the attorney for the appellant is advised that a copy of the transcript will be m: available to him. The expense of such transcript shall be paid by the United States pursuant to 28 U.S.C. 1915 and 753(f).

The Clerk is directed to serve copies of this Order, by United States mail, upon the parties appearing in this cau

DATED:_____                    _____
                                                 UNITED STATES DISTRICT JUDGE

PAGE 3

A-18 (09/97)    MOTION, AFFIDAVIT AND ORDER RE APPEAL IN FORMA PAUPERS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN re JOSEPH HILTON MCDONALD

PRISONER/PLAINTIFF,

v.

PEOPLE OF THE STATE OF CALIFORNIA DEFENDANT(S).

CASE NUMBER

SCE234930/ D046881

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

I, JOSEPH HILTON MCDONALD, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   b. State the place of your incarceration LANCASTER STATE PRISON
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?   ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
   d. Gifts or inheritances?   ☐Yes ☒No
   e. Any other income (other than listed above)?   ☐Yes ☒No
   f. Loans?   ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

CV-60P (08/02)   DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES   Page 1 of 3

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes  ☒ No

    If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

    If the answer is yes, describe the property and state it approximate value: _____

    _____

5. In what year did you last file an Income Tax Return? __2005__

    Approximately how much income did your last tax return reflect? __dont recall__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __NONE__

    _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__          __LANCASTER__
State                   County (or City)

I, __JOSEPH HILTON MCDONALD__, declare under penalty of perjury that the foregoing is true and correct.

__3-23-08__             _____
Date                    Prisoner/Plaintiff (Signature)

---

DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES   Page 2 of 3
CV-60P (08/02)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $___0___ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $___0___. I further certify that during the past six months the average of monthly deposits to the applicant's account was $___0___.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____         _____
Date                            Authorized Officer of Institution (Signature)