MCDONALD, JOSEPH
PLAINTIFF/PETITIONER/MOVANT'S NAME

T01657
PRISON NUMBER

CSP-LAC P.O. BOX 4430,
PLACE OF CONFINEMENT

Lancaster, CA 93539
ADDRESS

FILED

2008 MAY 19 PM 4:22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

# United States District Court
## Southern District Of California

MCDONALD, JOSEPH,
Plaintiff/Petitioner/Movant

v.

HAAWS, warden,
Defendant/Respondent

Civil No. 08CV0652 L (PCL)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, JOSEPH MCDONALD, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration  CSP-LAC
    Are you employed at the institution?        ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)        C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _N/A_____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☑ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. State provided food, clothing and housing.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

4-2-08
DATE

Joseph McDonald
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant  MCDONALD, JOSEPH ,
(NAME OF INMATE)

T01657
(INMATE'S CDC NUMBER)

has the sum of $ -31.75 on account to his/her credit at

CALIFORNIA STATE PRISON LOS ANGELES COUNTY .
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $ 0.00 ,

and the *average monthly deposits* to the applicant's account was $ 0.00 .

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

APRIL 28, 2008                      [signature]
DATE                                SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

K. ST.GEORGE
OFFICER'S FULL NAME (PRINTED)

ACII
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)        C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __JOSEPH MCDONALD_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__4-23-08_____          __Joseph M Donald_____
         DATE                                          SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)          C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

```
REPORT ID: TS3030  .701                          REPORT DATE: 04/28/08
                                                 PAGE NO:        1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF. STATE PRISON, LA COUNTY
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: NOV. 01, 2007 THRU APR. 28, 2008
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

ACCOUNT NUMBER : T01657            BED/CELL NUMBER: FA8?000000001410
ACCOUNT NAME   : MCDONALD, JOSEPH HILTON    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION        | COMMENT    | HOLD AMOUNT |
|-------------|-----------|--------------------|-----------|-------------|
| 03/26/2008  | H118      | LEGAL COPIES HOLD  | 4476/04-26 | 2.30        |
| 03/26/2008  | H118      | LEGAL COPIES HOLD  | 4476/04-26 | 11.00       |
| 03/26/2008  | H118      | LEGAL COPIES HOLD  | 4476/04-26 | 1.20        |
| 03/26/2008  | H118      | LEGAL COPIES HOLD  | 4476/04-26 | 0.80        |
| 03/28/2008  | H109      | LEGAL POSTAGE HOLD | 4513/04-28 | 5.70        |
| 03/28/2008  | H109      | LEGAL POSTAGE HOLD | 4513/04-28 | 5.05        |
| 03/28/2008  | H109      | LEGAL POSTAGE HOLD | 4513/04-28 | 5.70        |

                         TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00              | 0.00           | 0.00              | 0.00            | 31.75         | 0.00                      |

CURRENT AVAILABLE BALANCE
-------------------------
            31.75-

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HILTON MCDONALD,<br><br>                Petitioner,<br>v.<br>HAAWS, Warden,<br><br>                Respondent. | Civil No. 08-0652 L (PCL)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

    Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The Petition is **DISMISSED** for the following reasons.

### FAILURE TO SATISFY FILING FEE REQUIREMENT

    Petitioner has filed a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Here, Petitioner has provided the Court with an unsigned and incomplete Prison Certificate which is insufficient to determine whether or not he is able to pay the filing fee.

//

K:\COMMON\EVERYONE\_EFILE-PROSE\08cv0652 dismiss.wpd, 4178           -1-

## FAILURE TO ALLEGE EXHAUSTION OF STATE JUDICIAL REMEDIES

Further, habeas petitioners who wish to challenge either their state court conviction or the length of their confinement in state prison, must first exhaust state judicial remedies. 28 U.S.C. § 2254(b), (c); Granberry v. Greer, 481 U.S. 129, 133-34 (1987). To exhaust state judicial remedies, a California state prisoner must present the California Supreme Court with a fair opportunity to rule on the merits of every issue raised in his or her federal habeas petition. 28 U.S.C. § 2254(b), (c); Granberry, 481 U.S. at 133-34. Moreover, to properly exhaust state court remedies a petitioner must allege, in state court, how one or more of his or her federal rights have been violated. The Supreme Court in Duncan v. Henry, 513 U.S. 364 (1995) reasoned: "If state courts are to be given the opportunity to correct alleged violations of prisoners' federal rights, they must surely be alerted to the fact that the prisoners are asserting claims under the United States Constitution." Id. at 365-66 (emphasis added). For example, "[i]f a habeas petitioner wishes to claim that an evidentiary ruling at a state court trial denied him [or her] the due process of law guaranteed by the Fourteenth Amendment, he [or she] must say so, not only in federal court, but in state court." Id. at 366 (emphasis added).

Here, Petitioner specifically indicates he did not seek review for all of his claims in the California Supreme Court. (See Pet. at 26.) If Petitioner has raised his claims in the California Supreme Court he must so specify. "The burden of proving that a claim has been exhausted lies with the petitioner." Matthews v. Evatt, 105 F.3d 907, 911 (4th Cir. 1997); see Breard v. Pruett, 134 F.3d 615, 619 (4th Cir. 1998); Lambert v. Blackwell, 134 F.3d 506, 513 (3d Cir. 1997); Oyler v. Allenbrand, 23 F.3d 292, 300 (10th Cir. 1994); Rust v. Zent, 17 F.3d 155, 160 (6th Cir. 1994).

Further, the Court cautions Petitioner that under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) a one-year period of limitation shall apply to a petition for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of:

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by

such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

28 U.S.C.A. §2244(d)(1)(A)-(D) (West Supp. 2002).

The statute of limitations does not run while a properly filed state habeas corpus petition is pending. 28 U.S.C. § 2244(d)(2); see Nino v. Galaza, 183 F.3d 1003, 1006 (9th Cir. 1999). But see Artuz v. Bennett, 531 U.S. 4, 8 (2000) (holding that "an application is 'properly filed' when its delivery and acceptance [by the appropriate court officer for placement into the record] are in compliance with the applicable laws and rules governing filings."). However, absent some other basis for tolling, the statute of limitations does run while a federal habeas petition is pending. Duncan v. Walker, 533 U.S. 167, 181-82 (2001).

Rule 4 of the Rules Governing Section 2254 Cases provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court . . ." Rule 4, 28 U.S.C. foll. § 2254. Here, it appears plain from the Petition that Petitioner is not presently entitled to federal habeas relief because he has not alleged exhaustion of state court remedies.

Petitioner acknowledges that he has unexhausted claims within his Petition, and requests that this Court hold the claims in abeyance while he exhausts them in state court. (Pet. at 26.) In light of the Court's dismissal of his Petition, the Court does not reach this request. Should Petitioner wish to revive his request, he is advised that he may submit a Motion for Stay and Abeyance, along with a First Amended Petition.

//

//

//

//

## FAILURE TO USE PROPER FORM

Additionally, a Petition for Writ of Habeas Corpus must be submitted in accordance with the Local Rules of the United States District Court for the Southern District of California. See Rule 2(c), 28 U.S.C. foll. § 2254. In order to comply with the Local Rules, the petition must be submitted upon a court-approved form and in accordance with the instructions approved by the Court. Presently, Petitioner has submitted an application for writ of habeas corpus on a non-approved form.

## CONCLUSION AND ORDER

Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice for Petitioner's failure to (1) satisfy the filing fee requirement; (2) allege exhaustion of state judicial remedies; and (3) use the proper form. To have the case reopened, Petitioner must, no later than **June 20, 2008**, provide the Court with: (1) a First Amended Petition on a Court approved form; **AND** (2) a copy of this Order together with the $5.00 filing fee; **OR** (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. **The Clerk of the Court is directed to send Petitioner a blank First Amended Petition form, and a blank Application to Proceed In Forma Pauperis form, along with this Order**.

**IT IS SO ORDERED.**

DATED: April 17, 2008

_____
M. James Lorenz
United States District Court Judge

K:\COMMON\EVERYONE\_EFILE-PROSE\L\08cv0652 dismiss.wpd, 4178

-4-