1 JOSEPH MCDONALD
2 #TD1657 /A2-141
3 C.S.P.-LAC
4 44750 60 St. West
5 Lancaster. CA. 93536
6 Pro Se

FILED

MAY 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08CV0652 L (PCL)

7      United States District Crt.
8      Southern District of California
9

10 Joseph McDonald,          Points and Authorities
11      Petitioner,          In support of Next of
12 V.                        friend.
13   HAAWS, Warden,
14      Respondent.
15

16 The below will show that Petitioner
17 would benefit from the assistance of
18 a next to friend. If this court considers
19 this issue, the Petitioner agrees to allow
20 this court to rule on the issue using
21 the submitted medical/mental records. Academic
22 testing report card and other reports that
23 may be submitted in relation to the matter.
24 In addition to Petitioners Declaration.
25 This request is made imediately following any order to show cause.
26 respectfully submitted,
27    JOSEPH MCDONALD
      Pro Se.
28

In order to establish Next of Friend status, the Petitioner next of friend must show:

1.  Petitioner is unable to litigate his own cause due to mental incapacity, lack of access to court or other similar dissability, and

2.  the next of friend has some significant relationship with Petitioner and is truly dedicated to the best interest of the person whose behalf he seeks to litigate. Coalition of clergy, Lawyers and Professors V. Bush 310 F. 3d 1153, 1159-60 (9th Cir. 2002)

the burden is on the next of Friend to clearly establish the Propriety of his legal status and therby Justify the Jurisdiction of the Court. Dennis ex rel Butko V. Budge 378 F.3d 880, 888-889 (9th Cir. 2004.).

If there is a Question about a prisoner's competence (in Dennis, to forego Judicial Proceedings), courts must determine "whether (the prisoner) has the capacity to appreciate his position and make a rational choice with respect to continuing or abandoning) further litigation, or whether he is suffering from a mental disease, disorder or defect, which may substantially affect his capacity in the premises." Dennis at 889 (emphasis added) citing

Rees V. Peyton 384 U.S. 312, 314 (1966). The Question is not whether mental illness substantially affects a decision, but whether a mental disease, disorder or defect substantially affects the Prisoners capacity to appreciate his options and make a rational choice among them. A "rational choice" does not mean a sensible decision, or decision that the next friend regards as unreasonable, the Prisoner must have a rational understanding with respect to [continuing or abandoning] further litigation. If the mental disease, disorder or defect does not substantially affect this capacity, the Prisoner is competent. Dennis at 890, citing Rees and Whitmore V. Arkansas 495 U.S. 149, 166 (1990)

Petitioner contends that his mental disease, disorder, or defect substantially affects his capacity to appreciate his options and make a rational choice among them within the meaning of Dennis.
The standard for appointment of a next of friend requires that the prisoner suffer from "mental incapacity" have a lack of access to the court" or suffer from "other similar disability." Coalition of clergy 310 F.3d at 1156-60.
Petitioner respectfully request court grant next of Friend because Petitioner currently lacks

1  meaningful access to the courts, as he
2  is unable to comprehend or understand the
3  Proceedings and complicated Procedures
4  that govern litigation. Additionally, Petitioner
5  suffers from "other similar disability." Dr.
6  JOHN HERRERA    found that Petitioners
7  intelligence is in the "low average  and include
8  short-term Memory Loss (EX 'A' dated 6-14-06)   A recent
9  academic test conducted here at the
10 Prison reflected that Petitioners grade
11 average is currently that of of 1st grade.
12 (EX "a"        ),
13 Petitioners mental illness, limited intellectual
14 ability and understanding of the complex Proceed-
15 ings that govern litigation " substantially affects
16 his capacity to appreciate his options and
17 make a rationale choice among them."
18 Rees 384 U.S.  at 314, whitmore 495
19 U.S. at 166.
20 for all of the aforementioned reasons, the
21 Petitioner Prays this court agrees with Petitioner
22 and in the interest of Justice grants request.
23
24 JOSEPH McDONALD
25    Pro Se
26
27 Prepared by, M. Lindsey.
   I, M. Lindsey, will no longer be able to assist
28 McDonald in his litigation.

# DECLARATION OF PETITIONER

I, JOSEPH MILTON McDONALD, HERBY DECLARE THE FOllOWING:

1. I AM THE PETITIONER/APPEllANT IN THIS MATTER, ASSIGNED AS CASE NO. DD46881.

2. I AM A PRISONER OF THE STATE OF CALIFORNIA, SERVING SENTENCE IN THE A-YARD FACILITY AT CSP-LAC.

3. I AM UNDER THE CARE OF A PSYCHIATRIST.

4. I SUBMIT THIS DECLARATION TO REQUEST THAT I BE ASSIGNED A NEXT OF FRIEND - IN THAT I AM INCAPABLE OF PROCEEDING ON MY OWN. TO PURSUE THE ARGUABLE ISSUES PRESENTED TO THIS COURT WHICH I BELIEVE TO BE MERITORIOUS OF A REVERSAL OR MODIFICATION OF THE UNDERLYING JUDGEMENT OF CONVICTION.

5. THE TERM "ARGUABLE ISSUES" CONSIST OF (a) MERITORIOUS ISSUES THAT (b) HAVE A REASONABLE POTENTIAL FOR SUCCESS.

6. ALTERNATIVELY, I REQUEST A STAY AND ABEYANCE TO EXHAUST OTHER ISSUES NOT PRESENTED HEREIN AND UPON

EXHAUSTION, PERMISSION TO AMEND CURRENT PETITION TO FOLD IN RECENTLY EXHAUSTED ISSUES.

7. I BELIEVE THE DENIAL OF MY REQUEST WOULD (a) FOREVER TIME-BAR ME RE AEDPA AND (b) BE UNFAIR CONSIDERING THE CIRCUMSTANCES AS MADE KNOWN TO THIS COURT.

8. FOR THE FOREGOING REASONS, I RESPECTFULLY REQUEST THIS COURT GRANT STAY AND ABEYANCE AND NEXT OF FRIEND.

9. I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF; EXECUTED THIS ___ DAY OF MAY 2008, AT LANCASTER, CALIFORNIA.

JOSEPH HILTON MCDONALD
DECLARANT

## DECLARATION BY M. LINDSEY

I, M. LINDSEY, #K-93, HERBY DECLARE THE FOLLOWING:

1. I AM A PRISONER OF THE STATE OF CALIFORNIA, SERVING A SENTENCE AT CSP-LAC.

2. I SUBMIT THIS DECLARATION IN SUPPORT OF MR. MCDONALD'S REQUEST AND ALTERNATIVE REQUEST. IF MR. MCDONALD IS NOT GRANTED A STAY AND ABEYANCE OF THE EXHAUSTED ISSUE'S, TO EXHAUST HIS UNEXHAUSTED ISSUES WITH LEAVE TO AMEND IN (30) DAYS. I HAVE PREPARED THE INSTANT APPEAL TO BE HEARD BY THIS COURT.

3. I, HOWEVER, WILL NOT BE ABLE TO ASSIST MR. MCDONALD ANY FURTHER DUE TO MY OWN LITIGATION AND PENDING TRANSFER.

4. I PERSONALLY KNOW HOW MR. MCDONALD CONDUCTS HIMSELF WITHIN THE A-VARD COMMUNITY AND I PERSONALLY KNOW THAT BECAUSE OF HIS MENTAL DISABILITIES, COUPLED WITH HIS UNFAMILIARITY OF THE CRIMINAL APPEAL PROCESS, HE WILL BE UNABLE TO FILE ANY BRIEFS WITHOUT ASSISTANCE.

5.  I AM A SCHOOL-TRAINED PARALEGAL.

6.  I AM FAMILIAR WITH A GREAT DEAL OF THE FACTS CONCERNING MR. MCDONALD'S CASE.

7.  I HAVE EXPLAINED TO MR. MCDONALD THAT A CRIMINAL DEFENDANT HAS NO ABSOLUTE RIGHT TO A STAY AND ABEYANCE OR GRANTING OF A NEXT OF FRIEND. I EXPLAINED THAT HE WOULD WOULD HAVE TO MAKE SUCH REQUEST'S AND AWAIT THE COURT'S RULING.

8.  I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY. EXECUTED THIS ___ DAY OF MAY 2008 AT LANCASTER, CALIFORNIA.

_____

M. LINDSEY - LEGAL ASSISTANT AND DECLARANT.

EXIBIT "B"

State of California,  Department of Corrections:  Southern Region,  Service Area = **H** ,  Institution = CSP-LSP

| MENTAL HEALTH TREATMENT PLAN: Sequential Part One Identifier Number | | Page 1 of 2 |
|---|---|---|
| ☐ Original    ☒ Update    ☐ Rejustification    ☐ CCCMS Annual Case Review | | |

| I. General Information: | By: X Team    ☐ Individual Clinician | Today Date |
|---|---|---|
| Arrival Date This Treatment Setting: ___/___/06 | ☐ MH 6  ☐ C File  ☐ Health Record | 05/30/06 |
| ☐ CCCMS  ☐ EOP  ☐ MHCB/Infirmary | ☒ Unit Health Record  ☐ MH 1 | Next Up Date |
| ☐ PSU – ☐ _____ week observation. | ☐ MH 4  X Prior MH 2 ___/___/05 | 08/30/06 |
| Anticipated Date of Transfer to GP:    /   / | | |
| Custody Level: I / II / III / IV / AdS / SHU | Prior MH2 Diagnosis: | |

| II. Print Treatment Team Members | Position | Telephone & Extension |
|---|---|---|
| Dr. Elstead | Psychiatrist | |
| Dr. Herrera | Psychologist | |
| | Custody | |
| Mr. Joseph McDonald | Patient | |

**III. Present Mental Status**  Date: 05/30/06    By: Dr Herrera    Title: Psychologist    *(signature) D PM*

| | |
|---|---|
| A) Appearance ☐WNL sligthly discheveled | |
| B) Behavior ☒WNL | Speech ☒WNL |
| C) Mood ☐WNL        Sleep ☐WNL | Appetite ☐WNL        Affect ☐WNL flat |
| D) Cognition:<br> 1) Fund of Information ☒WNL DDP: YES / NO<br> 2) Intellectual Functions ☒WNL<br> 3) Organization of Thought ☒WNL<br> 4) Association of Thought ☒WNL<br> 5) Reality Contact ☒WNL<br> 6) Thought Quality ☒WNL | 27 y/o Black male presents depressively toned with history of MDD in partial resolution and secondary chronic CDC institualization |
| E) Perception Disturbances  (Hallucinations) ☒None | currently denies with history |
| F) Thought Content (Delusions) ☐ None | vague paranoid delusions |
| G) Sensorium  (Orientation, Memory, Attention, Concentration) | reasonable sensorium |
| H) Insight & Judgment ☒WNL | good insight and judgment |
| I) Interview Attitude ☒WNL | compliant with interview |
| J) Current Suicidality ☒None noted or stated. | currently denies with history |
| K) Current Violence Risk ☒None noted or stated. | currently denies with history |

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Part One:  General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE CSP-LSP EOP | Last Name:        First Name:        MI:<br><br>McDonald, Joseph<br>CDC: T01657<br>DOB: 03/14/79<br><br>CDC # __-___-___-___-___  DOB ___/___/___ |

**Mental Health Treatment Plan Part One:**                     Page 2 of 2

IV. DSM IV  Numerical  ☐Last MSE __/__/__  ☐Last TP __/__/__  MH 1☐__/__/__  Last MH 4 __/__/__

| Axis I | 296.34 | Major Depressive Disorder, recurrent and severe with psychotic features |
| | | |
| Axis II | 301.7 | Antisocial Personality Disorder |
| Axis III | .. | HX: HEAD TRAUMA YES / NO     SEIZURES YES / NO |
| Axis IV | | (current) PRISON |
| Axis V | | GAF = 55 |

**V.  Problem / Symptom List**

| #1 | Treatment insight |
| #2 | |
| #3 | |

**VI. Inmate's Strength and Weakness, Goals**     Inmate's Treatment Goals, ☐ MH 6 Input

(+)  Physical Health

(-)  ASPD                     Treatment Read: ☐ Amenable ☐ Motivated ☐ Resistant

**VII. Discharge Plan :** ☐GP ☐CCCMS ☑EOP     ☐MHCB ☐DMH

Maintain EOP LOC in order to

stabilize the patient's clinical condition

Signature(s)

State of California,  Department of Corrections:  Southern Region,  Service Area = H,  Institution = CSP-LSP

TREATMENT PLAN PART TWO:  PROBLEM ➜ #___1___  pg.___3___  Today Date: 05/30/06

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Part One: General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE  CSP-LSP EOP | Last Name:        First Name:        MI: McDonald, Joseph CDC: T01657 DOB: 03/14/79  CDC # ___-__ __ __ __ __   DOB __/__/__ |

| Initial Treatment Plan | Update because | | X Re-justify, 12 weeks | |
|---|---|---|---|---|
| **Prob. # 1** | **Describe Problem:  Treatment Insight** | Possible Completion | Date: 08/30/06 | |
| | | Next Review | Date: 08/30/06 | |
| | **Target Behavior(s): INMATE WILL RATE: Increase Treatment Insight** NOW SCORES _____/10 (MAX INTENSITY) | | | |
| | **Target Objective(s): DECREASE: Poor Treat Insight: Will be assessed** with 1 – 10 (max) Treatment Insight scale and treated in weekly CM contact | | | |
| **Date** | **Intervention (s) & Staff Assigned.** | **Frequency and Duration.** | **Results.** | |
| 05/30/06 | Psychiatric management of medication | Monthly | | |
| 05/30/06 | Case manager treatment focus on treatment insight in weekly CM contact and placement in 10 hours of EOP group treatment | Weekly | | |
| 05/30/06 | Psychiatric technician focus on treatment and medication compliance | Daily | | |
| | | | | |
| | | | | |

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Part One:  General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE CSP-LSP EOP | Last Name:      First Name:      MI: McDonald, Joseph CDC: T01657 DOB: 03/14/79 CDC # ___-___ ___ ___ ___ ___   DOB __/__/__ |
|---|---|---|



08/10/06      McDonald, J., (T01657)

S – Black male inmate seen in the context of .25 EOP/CM.

"I'm working on the weekends and I hope to get a job during the week".

O – Mr. McDonald presents a depressively toned though improved clinical picture.  Much of the session revolved around a review of his significant early poly substance abuse and subsequent short-term memory deficits.  The patient is compliant with his psychotropic medication and EOP group treatment regimes and reports reasonably stability in significant mood symptoms.  Intellectual abilities are low average with the suggestion of mild cognitive deficits, which may be substance induced.  Frank symptoms are reportedly resolved with his current regime.  Suicidal and/or homicidal ideation is denied and judgement remains impaired.

A – Major Depressive Disorder, recurrent and severe with psychotic features.

P – Maintain EOP LOC in order to further stabilize the presenting clinical picture

E – Focus on the neurobiological basis of major psychiatric illness

Dr. John Herrera

| | MH3 | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| **MENTAL HEALTH PROGRESS NOTES** MH3 Progress notes Confidential Client/Patient Information See W & I Code, Section 5328 | MH3 ___ Inpatient If inpatient, copy for outpatient MH record. | McDonald  T01657 CDC # ___-___-___ ___ DOB ___/___/___ | | |

07/27/06     McDonald, J., (T01657)

S – Black male inmate seen in the context of .25 EOP/CM.

"I'm doing better".

O – Mr. McDonald presents stable slightly improved clinical picture.  The patient is compliant with his psychotropic medication and EOP group treatment regimes and significant mood symptoms, including neuro vegetative signs are denied.  Intellectual abilities are low average and frank symptoms are reportedly improved. Suicidal and/or homicidal ideation is denied and insight and judgement remains impaired

A – Major Depressive Disorder, severe and recurrent with psychotic features

P – Maintain EOP LOC in order to further stabilize the presenting clinical picture.

E- Encourage treatment compliance.

Dr. John Herrera

| MENTAL HEALTH PROGRESS NOTES | MH3 | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH3 Progress notes | ___ Inpatient | McDonald  T01657 | | |
| Confidential Client/Patient Information See W & I Code, Section 6328 | If inpatient, copy for outpatient MH record. | CDC # __-__ __ __ __ __  DOB __/__/__ | | |

07/13/06     McDonald, J. (T01657)

S – Black male inmate seen in the context of .25 EOP/CM

"I'm depressed...thinking about how my family turned against me".

O – Mr. McDonald presents a depressively toned clinical picture, reporting recent bad dreams, crying spells and fatigue, though other significant mood symptoms are denied. These symptoms appear to be related to recent problems with his family. The patient is compliant with his psychotropic medication and EOP group treatment regimes. Intelligence is average and frank symptoms are reportedly resolved with his current regime. Suicidal and/or homicidal ideation is denied and insight and judgment appear slightly improved.

A – Major Depressive Disorder, recurrent and severe with psychotic features

P – Maintain EOP LOC in order to further stabilize the presenting clinical condition

E – Encourage psychotropic and EOP group treatment compliance

Dr. John Herrera

07/20/06    S – McDonald (T01657)

O – Presents a depressive[d] tone though slightly improved clinical posture. Reports recent crying spells associated w group the discussion. Average IQ w no frank symptoms, –S/I, H/I

A – MDD

P – maintain EOP/LOC                Dr Herrer

| MENTAL HEALTH PROGRESS NOTES<br><br>MH3 Progress notes<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | MH3<br><br>___ Inpatient<br><br>If inpatient, copy for outpatient MH record. | Last Name:     First Name:     MI:<br><br>McDonald  T01657<br><br>CDC # __-__ __ __ __ __   DOB __/__/__ |
| --- | --- | --- |

State of California, Department of Corrections -- Institution: <u>CSP-LAC</u>     Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff, Clinicians, Treatment Teams.

| Date/Time: | | Use Name & Title Stamp. |
|---|---|---|
| 7/7/08 1535 | Staff referral - for "...worse x 2 wk in frank Sxs (AH)" | **David Sirkin, MD** psychiatrist |
| | S: "It's a little better now — maybe I need time to get used to it [med A's] " sleeping ok | |
| | O: Mood "all right - up & down - not two bad." Affect fairly bright, some blunting. (+)AH PPI Øsi/Øhi labs pending | |
| | A: MDD c̄ psychotic feats, ; improving | |
| | P: cont Geodon 20 + 40 cont Trileptal 50 gans cont Remeron 15 q pm | |
| | E: encourage exercise f/u 60 d | |
| | | Page # |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE EOP Inpatient Outpatient | Last Name: McDonald  First Name: Joseph  MI: CDC # T 01607  DOB 3,14,79 |
|---|---|---|



07/06/06      McDonald, J., (T01657)

S – Black male inmate seen in the context of .25 EOP/CM

"I'm sort of depressed".

O – Mr. McDonald presents mild depressively toned clinical picture, which he attributes to recent

preoccupation with his family. The patient is compliant with his psychotropic medication and EOP group

treatment regimes and denies other significant mood symptoms. Intelligence is average and frank

symptoms are reportedly resolved with his current regime. Suicidal and/or homicidal ideation is denied

and insight and judgment remains limited.

A – Major Depressive Disorder, severe and recurrent with psychotic features

(In partial resolution)

P – Maintain EOP LOC in order to further stabilize the presenting clinical condition

E – Encourage psychotropic and EOP group treatment compliance

Dr. John Herrera

| MENTAL HEALTH PROGRESS NOTES | MH3 | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH3 Progress notes | | McDonald | T01657 | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | ___ Inpatient If inpatient, copy for outpatient MH record. | CDC # __-__ __ __ __ __ | | DOB __/__/__ |

State of California, Department of Corrections – Institution: C.S.P.-L.A.C.     Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:   All Staff, Clinicians, Treatment Teams.

Date/Time:  Problem & #.  [✓].  Signature, Title & Print (or stamp).     Store & File Reverse Chronological Order.

7/2/06  Mr. McDonald seen for individual
10:35    session.
         He says he is 27, this is his 2nd time
in jail + he only was two weeks inbetween
He was involved in moving stolen
goods. He is C phase closed # but
thinks he gets to closed # next month.
His goal is to get along with others.
Says he likes all groups + goes to all
He reports his medications "helps to stay
balanced" + "voices before were so they
mey" but "now every once in a while"
On out side takes welbutrin - laughs
as he says he cant get it in here.
His demeanor was always laughing
+ upbeat. - Commented that if
made him laugh - usually he
doesn't.
                    Sharon Whidden

                                          Page # ___ ___ ___

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| CDC Form MH 3 [11/9/95] | EOP. Inpatient (Outpatient) | McDonald, Joseph | | |

Confidential Client/Patient Information
See W & I Code, Section 5328

CDC # T 01657  DOB _/_/_



06/14/06      McDonald, J., (T01657)

S – Black male inmate seen in the context of .25 EOP/CM

"I didn't know if I wanted to live, last night...all my time and stuff just got to me..."

O – Mr. McDonald presents emotionally liable, mildly depressed clinical picture with vague suicidal ideation. He reports periods of rapid cycle depression with sad affect, sleeplessness, loss of appetite, and a sense of worthlessness and doom. The patient is compliant with his psychotropic medication and EOP group treatment regimes. Intellectual abilities are low average and include short-term memory and retention cognitive deficits, which are associated with significant early poly substance abuse (inhalants and PCP). Frank symptoms are reportedly resolved with his current medication regime. Suicidal and/or homicidal ideation is denied an insight and judgement remains limited.

A – Major Depressive Disorder, recurrent and severe with psychotic features

P- Maintain EOP LOC in order to further stabilize the presenting clinical picture

E – Focus on the neuro biological basis of his major psychiatric disorder

Dr. John Herrera

| MENTAL HEALTH PROGRESS NOTES | MH3 | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH3 Progress notes | | | | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | ___ Inpatient  If inpatient, copy for outpatient MH record. | McDonald | T01657 | |
| | | CDC # ___-___ ___ ___ ___ | DOB ___/___/___ | |

State of California, Department of Corrections – Institution: <u>CSP-LAC</u>    Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| | 30 d F/u |
| 6/14/06 1325 | 26 y/o AA    ROBERT J. ELSTAD, M.D. PSYCHIATRIST |
| | One month ago inmate was begun on Geodon 20/40 because of reappearance of AH's after their absence of several months. AH's are now gone. No side-effects or EPS. Sleep=good. No S/I, H.I. Med Compliant |
| | P—O F/u 60 days |
| | ① Continue Geodon, Remeron + Zoloft. |
| | Robert J. Elstad, MD |

Page #

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name:    First Name:    MI: McDonald, Joseph CDC # T01657    DOB __/__/__ |
|---|---|---|

06/07/06     McDonald, J., (T0165)

S – Black male inmate seen in the context of .25 EOP/CM

"I just don't feel good...I haven't' eaten in three days...I'm just not hungry...I'm sad and not interested in anything...and I'm just not doing anything".

O – Mr. McDonald presents a depressively toned clinical picture, reporting moderate mood symptoms, including sad affect, fatigue, and loss of interest in daily activities.  The patient is compliant with his psychotropic medication and EOP group treatment regimes.  Intellectual abilities are low average and compromised by a history of poly substance abuse and chronic CDC institualization.  Frank symptoms are reportedly improving with his recent medication adjustment and suicide and/or homicidal ideation is denied.  Insight and judgement remains impaired.

A – Major Depressive Disorder, recurrent and severe with psychotic features

P – Maintain EOP LOC in order to further stabilize the presenting clinical picture and refer for a SSRI trial.

E – Focus on EOP group treatment compliance.

Dr. Herrera

| MENTAL HEALTH PROGRESS NOTES<br><br>MH3 Progress notes<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | MH3<br><br>___ Inpatient<br><br>If inpatient, copy for outpatient MH record. | Last Name: First Name: MI:<br><br>McDonld  T01657<br><br>CDC # ___-___ ___ ___ ___ ___   DOB __/__/__ |
| --- | --- | --- |

CHRONOLOGICAL PROGRESS NOTES

05/25/06    McDonald, J., (T01657)

S – Black male inmate seen in the context of .25 EOP/CM.

O – Mr. McDonald presents a depressively toned but slightly improved clinical picture.  He is compliant with his psychotropic and EOP group treatment regimes and denies significant mood symptoms.  Intellectual abilities are average and limited by chronic CDC institualization.  Frank symptoms are reportly improved with his current regime.  Suicidal and/or homicidal ideation is denied.  Insight and judgment remains impaired.

A – Major Depressive Disorder, recurrent and severe with psychotic features

P- Admit to EOP LOC in order to further stabilize the presenting clinical presentation and refer to psychiatry to review the patients' request for PM dosing

E – Encourage treatment compliance through patient education.

Dr. John Herrera *[signature]* PN

5/3/06   S- B♂ I/m seen in .25 EOP/cm at call (CDC inst sooch)

O- Presents slightly improved clinical picture, ū mild depressive symptoms
Reports active participation in EOP tht ū low average IQ & partial
Resolution of Frank symptoms (AH), – S/I – H/I ū
limited insight ——

A – MDD recurrent & severe

P– maintain EOP LOC                Dr Herrera *[signature]* phD

| MENTAL HEALTH PROGRESS NOTES<br><br>MH3 Progress notes.<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | MH3<br><br>___ Inpatient<br><br>If inpatient, copy for outpatient MH record. | Last Name:      First Name:      MI:<br><br>McDonald    T01657<br><br>CDC # __-__ __ __ __ __    DOB __/__/__ |

MHSDS
CHRONOLOGICAL INTERDISCIPLINARY NOTES

05/18/06     McDonald, J., (T01657)

S – Black male inmate seen in the context of .25 EOP/CM.

"I went to the doctor…because the voices are coming back… they be real frequent now…once or twice a day…I'm still sad".

O – Mr. McDonald presents a mildly depressively toned clinical picture with diffuse anxiousness and reports a recent increase in frank symptoms, necessitating a psychiatric medication referral.  The patient reports moderate sad affect and often waking up in the night in an anxious clinical state.  Mr. McDonald is compliant with his psychotropic medication and EOP group treatment regimes.  Intelligence is low average and compromised by a history of poly substance abuse and chronic institualization.  A recent increase in frank symptoms epitomized by persecutory auditory hallucinations is reported.  Suicidal and/or homicidal ideation is denied and insight and judgment remains impaired.

A – Major Depressive Disorder, recurrent and severe with psychotic features

P- Maintain EOP LOC in order to further stabilize the presenting clinical condition.

E – The session included a discussion of the biological basis of the patients' psychiatric condition and was presented in the context of encouraging patient compliance through education

Dr. John Herrera

5/30/06 – Psychiatry – IDTT
meds reviewed, no problems i meds

MENTAL HEALTH PROGRESS NOTES
MH3 Progress notes
Confidential Client/Patient information
See W & I Code, Section 5328

MH3
___ Inpatient
If inpatient, copy for outpatient MH record.

Last Name: McDonald   First Name: T01657   MI:
CDC # ___-___-___-___   DOB __/__/__

State of California, Department of Corrections -- Institution: CSP-LAC          Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:   All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 5-17-96 1550 | (Staff referral from Dr Herrera) ROBERT I. ELSTAD, M.D. PSYCHIATRIST |
| | 26 y/o AA who reports a recent reappearance of AHs after their absence for several months. No reason why. He is on Remeron + Zoloft. No s/i, H/i. He is calm + rational |
| | A - Mood D/O c̄ AH⁰ |
| | P - ① Start Geodon 20 /10 |
| | ② F/u 2-3 wks |
| | Robert I. Elstad, MD |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: McDONALD, First Name: Joseph MI: CDC # T.01657 DOB _/_/_ |
|---|---|---|

State of California, Department of Corrections -- Institution: CSP-LAC     Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:   All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 5/3/06 | S- B3 I/m seen in .25 EOP/cm |
| | O- Presents slightly improved clinical picture |
| | Denies significant mood symptoms in |
| | reasonable the compliance in EOP. Average |
| | IQ w H/o poly substance abuse, denies AH |
| | W current regime, M S/I, V/I in improved |
| | insight _____ |
| | A- MDD recurrent & severe |
| | P- Maintain EOP Loc |
| | prop for D/c at |
| | next IDTT (1 mo) |
| | E- Focus on Med compliance |
| | Dr. Hewar [signature] D hD |
| | |
| 5/10/06 | S- B3 I/m seen in .25 EOP |
| | "I'm starting to hear voices, a little bit" |
| | O- Presents anxious clinical picture in reported |
| | increase in frank symptoms. Denies significant |
| | mood symptoms & is compliant in EOP group that |
| | low average IQ in a significant H/o poly sub abuse |
| | Increase in Auditory Hallucination in command properties |
| | Denies S/I, V/I in Limited insight _____ |
| | A- MDD recurrent & severe |
| | P- maintain EOP LOC & Schedule [illegible] consult |
| | E- Focus on Med compliance |
| | Page # |
| | Dr. Hewar [signature] D PhD |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH 3 [3/21/96] | | McDonald | T01657 | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient | CDC # __ __ __ __ __ __ | DOB __/__/__ | |
| | Outpatient | | | |

EXIBIT "C"

Test Report for MCDONALD J

ID Number: T 01657
Test Date: 10/23/07
Run Date: 12/06/07
Page No: 3

Rutherford1023
TABE 9/10 Basic Ed
Rutherford,M ABE
10
Entire group

| Subtests | L/F | NC | NA | SS | GE | NP | NRS | NS | OM | Predicted GED |
|---|---|---|---|---|---|---|---|---|---|---|
| Reading | E9 | 16 | 50 | 337 | 1.7 | 6 | 1 | 1 | 0 | |
| Math Compu | E9 | 33 | 40 | 451 | 4.5 | 25 | | 1 | 60 | |
| Applied Math | E9 | 8 | 50 | 200 | 0.0 | 1 | | 1 | 0 | |
| Language | E9 | 10 | 55 | 235 | 0.0 | 1 | 1 | 1 | 0 | |
| Vocabulary | E9 | 5 | 20 | 289 | 0.8 | 3 | | 1 | 0 | |
| Lang Mech | E9 | 6 | 20 | 360 | 1.6 | 10 | | 1 | 0 | |
| Spelling | E9 | 6 | 20 | 337 | 1.8 | 9 | | 1 | 0 | |
| | | | | | | | | | | |
| Total Math | | 41 | 90 | 325 | 2.1 | 2 | 2 | 1 | | |
| Total Battery | | 67 | 195 | 299 | 1.3 | 1 | | 1 | | |

L/F=Test Lev & Frm   NC=No. Correct        NA=No. Attempted
SS=Scale Score        GE=Grade Equiv        NP=National %ile
NRS=Literary Level    NS=National Stan      OM=% Obj. Mastered

| Objectives | Score | MST | Percent | Objectives | Score | MST | Percent |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | **Language** | | | |
| E01 INTRP GRAPH | 1/ 8 | - | 12 | E30 USAGE | 1/13 | - | 7 |
| E02 WDS CONTEXT | 1/ 4 | - | 25 | E31 SENT FORMA | 2/ 9 | - | 22 |
| E03 RECALL INFO | 8/15 | P | 53 | E32 PARA DEVEL | 3/ 8 | - | 37 |
| E04 CONST MEAN | 4/16 | - | 25 | E33 CAPITALIZ | 1/ 8 | - | 12 |
| E05 EVAL/EX MNG | 2/ 7 | - | 28 | E34 PUNCTUATION | 1/10 | - | 10 |
| Subtest Avg | | | 32 | E35 WRITG CONV | 2/ 7 | - | 28 |
| | | | | Subtest Avg | | | 18 |
| **Math Compu** | | | | | | | |
| E11 ADD WHL NUM | 8/ 9 | + | 88 | **Vocabulary** | | | |
| E12 SUB WHL NUM | 8/ 8 | + | 100 | E40 WD MEANING | 3/ 9 | - | 33 |
| E13 MUL WHL NUM | 8/ 8 | + | 100 | E41 MULTIMNG WD | 1/ 4 | - | 25 |
| E14 DIV WHL NUM | 4/ 8 | P | 50 | E42 WD IN CONTX | 1/ 7 | - | 14 |
| E15 DECIMALS | 5/ 7 | P | 71 | Subtest Avg | | | 25 |
| Subtest Avg | | | 83 | | | | |
| | | | | **Lang Mech** | | | |
| **Applied Math** | | | | E43 SENT PHRASE | 3/ 7 | - | 42 |
| E21 NUM OPERATN | 0/10 | - | 0 | E44 WRITG CONV | 3/13 | - | 23 |
| E22 COMP CONTXT | 1/ 6 | - | 16 | Subtest Avg | | | 30 |
| E23 ESTIMATION | 0/ 5 | - | 0 | | | | |
| E24 MEASUREMENT | 0/ 5 | - | 0 | **Spelling** | | | |
| E25 GEOMETRY | 1/ 5 | - | 20 | E45 VOWEL | 4/ 7 | P | 57 |
| E26 DATA ANALY | 1/ 7 | - | 14 | E46 CONSONANT | 1/ 6 | - | 16 |
| E27 STAT/PROB | 2/ 4 | P | 50 | E47 STRUCT UNIT | 1/ 7 | - | 14 |
| E28 PRE-ALG/ALG | 1/ 4 | - | 25 | Subtest Avg | | | 30 |
| E29 PROB SOLVG | 2/ 4 | P | 50 | | | | |
| Subtest Avg | | | 16 | Total Average | | | 33 |

Copyright © by CTB\McGraw-Hill, Inc. All Rights Reserved.