EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ANTHONY DASILVA
Deputy Attorney General
ARLENE A. SEVIDAL
Deputy Attorney General
State Bar No. 188317
   110 West A Street, Suite 1100
   San Diego, CA 92101
   P.O. Box 85266
   San Diego, CA 92186-5266
   Telephone: (619) 645-2276
   Fax: (619) 645-2191
   Email: DocketingSDAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| **JOSEPH MCDONALD** | 08-0652 l (PCL) |
| Petitioner, | **NOTICE OF LODGMENTS** |
| v. | |
| **HAAWS, WARDEN** | |
| Respondent. | |

     Pursuant to this Court's Order Requiring a Response, Respondent respectfully requests that the following records be lodged with this Court:

1. Motion for Order Relieving Counsel of Duty and Appoint New or Substitute Counsel filed March 2006;

2. Third request to relieve Stralla from duty filed July 2, 2006;

3. Opinion by the Court of Appeal, Fourth Appellate District, division One filed on January 16, 2007;

4. Petition for Writ of Habeas Corpus filed in the Supreme Court of California, filed on May 1, 2006;

5. Petition for Review filed in the Supreme Court of California on February 26, 2007; and

6. Petition for Writ of Habeas Corpus filed in Supreme Court of California on April 1, 2008.

Dated:  August 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DASILVA
Deputy Attorney General

s/ Arlene A. Sevidal


ARLENE A. SEVIDAL
Deputy Attorney General
Attorneys for Respondent

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | ANTHONY DASILVA
Deputy Attorney General
5 | ARLENE A. SEVIDAL
Deputy Attorney General
6 | State Bar No. 188317
  110 West A Street, Suite 1100
7 | San Diego, CA 92101
  P.O. Box 85266
8 | San Diego, CA 92186-5266
  Telephone: (619) 645-2276
9 | Fax: (619) 645-2191
  Email: DocketingSDAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| **JOSEPH MCDONALD** | 08-0652 l (PCL) |
| Petitioner, | **NOTICE OF LODGMENTS** |
| v. | |
| **HAAWS, WARDEN** | |
| Respondent. | |

Pursuant to this Court's Order Requiring a Response, Respondent respectfully requests that the following records be lodged with this Court:

1. Motion for Order Relieving Counsel of Duty and Appoint New or Substitute Counsel filed March 2006;

2. Third request to relieve Stralla from duty filed July 2, 2006;

Motion to Seal Attached Documents

1

3. Opinion by the Court of Appeal, Fourth Appellate District, division One filed on January 16, 2007;

4. Petition for Writ of Habeas Corpus filed in the Supreme Court of California, filed on May 1, 2006;

5. Petition for Review filed in the Supreme Court of California on February 26, 2007; and

6. Petition for Writ of Habeas Corpus filed in Supreme Court of California on April 1, 2008.

Dated:  August 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DASILVA
Deputy Attorney General

s/ Arlene A. Sevidal

ARLENE A. SEVIDAL
Deputy Attorney General
Attorneys for Respondent