| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 3 | GARY W. SCHONS<br>Senior Assistant Attorney General |
| 4 | ANTHONY DASILVA<br>Deputy Attorney General |
| 5 | ARLENE A. SEVIDAL<br>Deputy Attorney General |
| 6 | State Bar No. 188317<br>  110 West A Street, Suite 1100 |
| 7 |   San Diego, CA 92101<br>  P.O. Box 85266 |
| 8 |   San Diego, CA 92186-5266<br>  Telephone: (619) 645-2276 |
| 9 |   Fax: (619) 645-2191<br>  Email: DocketingSDAWT@doj.ca.gov |
| 10 | |
| 11 | Attorneys for Respondent |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| 17 | **JOSEPH MCDONALD** | **08-0652 l (PCL)** |
| 18 | Petitioner, | **MOTION TO SEAL ATTACHED DOCUMENTS** |
| 19 | **v.** | |
| 20 | **HAAWS, WARDEN** | |
| 21 | Respondent. | |

23   The above-named Respondent, by and through counsel, moves this Court for an

24   ***ORDER TO FILE THE ATTACHED DOCUMENTS UNDER SEAL*** because the

25   documents extensively discuss Petitioner's confidential medical and psychological records.

26   ///

27   ///

28   ///

Motion to Seal Attached Documents

1

1   Dated:  August 14, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GARY W. SCHONS
    Senior Assistant Attorney General

6   ANTHONY DASILVA
    Deputy Attorney General

7

8   s/ Arlene A. Sevidal

9

10  ARLENE A. SEVIDAL
    Deputy Attorney General
11  Attorneys for Respondent

Motion to Seal Attached Documents

2