1. In Re: JOSEPH McDONALD
2. #T01657
3. C-S-P-LAC
4. Los Angeles County
5. P.O. Box 4430
6. Lancaster, CA 93539-4430
7. By. M. Lindsey / In Pro Per for Petitioner
8.
9.
10.
11.
12.                IN THE UNITED STATES DIST. COURT
13.            FOR THE SOUTHERN DIST. OF CALIFORNIA
14. _____
15. JOSEPH McDONALD,  | 08-0652 L (PCL)
                PETITIONER,
16.                              | PETITIONERS REPLY TO RESPONDENT
17.      V.                    | RESPONSE TO PETITIONER MTN
                               | TO STAY THE PROCEEDING AND
18. E.B. HAAWS, WARDEN,     | HOLD PETITIONERS FEDERAL
                               | PETITION IN ABEYANCE AND
                               | TO APPOINT A GUARDIAN AD-
19. _____ | LITEM.
               RESPONDENT.
20.
21.
22.
23.
24.
25.
26.

FILED 2008 AUG 28 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# TABLE OF CONTENTS

INTRODUCTION ..... PAGE 1

STATEMENT OF THE CASE ..... 2

ARGUMENT ..... 3

1. THE PROCEEDINGS SHOULD BE STAYED AND THE PETITION HELD IN ABEYANCE BECAUSE GOOD CAUSE HAS BEEN SHOWN WHY PETITIONER DID NOT EXHAUST THE CLAIMS IN STATE COURT AND PETITIONERS UNEXHAUSTED CLAIMS ARE CLEARLY MERITORIOUS.

2. PETITIONER HAS SHOWN THAT HE 1. HAS SUFFERED FROM MENTAL DEFICIENCES THAT PRODUCE SUBSTANTIVE EVIDENCE OF PETITIONERS INCOMPETENCE TO WARRANT AN INCOMPETENCE HEARING AND APPOINTMENT OF A GUARDIAN AD LITEM. W/ ADDITIONAL DOCUMENTATION.

   A. PETITIONER'S ADDITIONAL EVIDENCE IN SUPPORT OF INCOMPETENCY

   B. EXIBITS OF PRIOR DOCUMENTS SUBMITTED TO COURTS BY PETITIONERS INMATE "JAILHOUSE" LAWYER M.T. SHANNON, AND NOT BY PETITIONER HIMSELF.

CONCLUSION