Mr. JOSEPH MCDONALD
#T01657
CSP-LAC
Los Angeles County
P.O. Box 4430
Lancaster, CA. 93539-4430
Prepared by. M. LINDSEY - for PETITIONER

FILED
2008 AUG 28 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DIST. COURT
FOR THE SOUTHERN DIST. OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCDONALD, PETITIONER | 08-0652 L (PCL) |
| V. | REPLY TO RESPONDENT RESPONSE TO PETITIONER MOTION TO STAY THE PROCEEDING AND HOLD PETITIONERS FEDERAL PETITION IN ABEYANCE AND TO |
| E.B. HAAWS, WARDEN, RESPONDENT | APPOINT A GUARDIAN AD LITEM |

INTRODUCTION

PETITIONER REPLYS TO RESPONDENTS RESPONSE SUBMITTED TO PETITIONER THIS 19TH DAY OF AUGUST. IT IS PETIT-IONERS POSITION THAT PETITIONER HAS PROVEN THAT HE IS NOT POSSIBLY ABLE TO LITIGATE HIS OWN CAUSE FOR ALL PRIOR REASONS STATED IN HIS FIRST AMENDED PETITION, CONTRARY TO RESPONDENTS CLAIM, THAT PETI THIS COURT CANNOT **HEAR** THE UNEXHAUSTED ISSUES. PETITIONER CLEARLY AMENDED HIS PETITION TO "DELETE" THE UNEXHAUSTED CLAIMS AND OBEYED THE COURTS ORDER TO **CLARIFY** WHAT CLAIMS PETITIONER SUBMITTED TO STATE COURT AND EXPLAIN WHY THEY ARE MERITORIOUS. (COURTS ORDER OF 5/29/2008 PAGE 2 OF 4)

1/ SEE AMENDED PETITION. ONLY EXHAUSTED / 2/ SEE AMENDED PETITIONS
ARGUMENT ARE PRESENTED.                  MOTION FOR STAY.

## STATEMENT OF CASE

PETITIONER INCORPORATES RESPONDENTS STATEMENT OF CASE AS THOUGH FULLY SET FORTH HEREIN.

## ARGUMENT

### I.

THE PROCEEDINGS SHOULD BE STAYED AND THE PETITION HELD IN ABEYANCE BECAUSE GOOD CAUSE HAS BEEN SHOWN WHY THE PETITIONER DID NOT EXHAUST THE CLAIMS IN STATE COURT AND PETITIONERS UNEXHAUSTED CLAIMS ARE CLEARLY MERITORIOUS

PETITIONER IN HIS PETITION AMENDED THE PETITION AS ORDERED, TO DELETE THE UNEXHAUSTED CLAIMS. THEN THE PETITIONER PUT FORTH A NEW MOTION TO HOLD STAY AND ABEYANCE PETITIONERS EXHAUSTED CLAIMS WHILE PETITIONER EXHAUSTED HIS OTHER CLAIMS IN STATE COURTS. SO THE PETITION IN FACT DOES NOT PRESENT UNEXHAUSTED CLAIMS TO THIS COURT AS STATED IN RESPONDENTS BRIEF. THE PETITIONER WAS ORDERED TO EXPLAIN EXACTLY WHAT ISSUES/CLAIMS WERE PUT FORTH TO THE STATE COURT AND FURTHER TO EXPLAIN HOW THEY WERE MERITORIOUS. PETITIONER AGAIN COMPLIED WITH THIS COURTS ORDER. PETITIONER UNDERSTOOD THE RULING WAS MADE IN ORDER FOR THIS COURT TO DECIDE WHETHER PETITIONERS OTHER UNEXHAUSTED CLAIMS WERE MERITORIOUS FOR THE PURPOSE OF HOLDING STAY AND ABEYANCE

PETITION PETITIONER MAINTAINS THAT ALL OF HIS (10) CLAIMS ARE MERITORIOUS AND SHOULD BE HEARD. PETITIONER CONSISTENTLY MAINTAINS THAT HIS DUE PROCESS RIGHTS WERE VIOLATED BY THE STATE IN THAT PETITIONER WAS DENIED NOT ONLY A FAIR TRIAL. BUT ALSO WAS CONVICTED BY MEANS NOT SUFFICIENT TO ESTABLISH PETITIONER (AS THE BURGLAR IN COUNTS (1) AND (2) AS OUTLINED IN THE PENAL CODE.

THE EXHAUSTED CLAIM, RE BRADY VIOLATION OF LATE LETTERS, IS NEW LAW IF IT CAN BE SAID THAT A DEFENDANT REPRESENTED BY AN ATTORNEY IS TO BLAIM FOR THE STATE SANDBAGGING COUNSEL. THE LETTERS POSSESSED BY PETITIONER WERE NOT OF CRIMINAL CONTENT. THUS, THERE WAS CLEARLY NO REASON FOR PETITIONER TO SUSPECT REPURCUSIONS OR TO TURN OVER PERSONAL EXPLICIT LETTERS TO COUNSEL. FURTHER, IF THIS WAS THE CASE, WHY WOULD STATE EVEN BOTHER GIVE THE LETTERS TO COUNSEL AT THE LAST MINUTE SEEING AS BRADY ALLEGEDY WAS ALREADY SATISFIED. PETITIONER HAS PRESENTED NUMEROUS CLAIMS TO THE STATE COURT CONCERNING PROSECUTORIAL MISCONDUCT AND AS OUTLINED IN PETITIONERS CLAIM #9, EVEN IF NONE OF THE ERRORS STANDING ALONE WERE HARMFUL, THEN ALL OF THE ERROS TOGETHER DENIED PETITIONER THAT FEDERAL DUE PROCESS RIGHT TO A FAIR TRIAL. LASTLY, AS THE RESPONDENT FAILS TO REALIZE WHEN IT POINTED OUT THAT PETITIONER HAVING POSSESSION OF THE LETTERS, SHOULD HAVE ELIMINATED ANY SURPRISE BY PETITIONER WHEN THE LETTERS WERE USED TO CROSS-EXAMINE PETITIONERS WITNESS. IT IS NOT PETITIONERS ARGUMENT THAT HE WAS SURPRISED PETITIONERS ARGUMENT IS THAT PETITIONER WAS NOT THE LAWYER, AND IT

WAS NEVER INVOLVED - HOWEVER COURT APPOINTED ATTORNEY RED TO DEFEND THE PETITIONER, BECAUSE THE STATE DID NOT PROVIDE THE BRADY EVIDENCE.

AS FOR COUNT (1) THE HAVERN BURGLARY- JACKSON V. VIRGINIA - 435 U.S. 307, 319, 99 Ct. 2781, 61 L. Ed. 2d 560 (1979), SPECIFIES THE STATE HAD A BURDEN TO PROVE EACH ESSENTIAL ELEMENT OF PETITIONERS BURGLARY CHARGE WHICH THE STATE FAILED TO DO.

In COUNT #2, THE RESPONDENT CLAIMS PETITIONER WAS SEEN DRIVING AWAY IN AN OLDSMOBILE. THERE WAS NOT ANY EVIDENCE THAT IT WAS PETITIONER WHO WAS SEEN. AND THE DESCRIPTION DID NOT MATCH PETITIONER. FURTHER, NOT ONLY DID THE DESCRIPTION MATCH CO-DEFENDANT TONY WASHINGTON; BUT TONY WASHINGTON ADMITTED TO THE CRIME AND STATED IT WAS ANOTHER PERSON WITH HIM. THIS OTHER PERSON WAS DESCRIBED BY THE WITNESS AS BEING "SHORTER" THAN THE FIRST SUSPECT WHO WAS 5'8" or 5'9". WASHINGTON is 5'8". SO THERE WAS NOT SUBSTANTIAL EVIDENCE OF PETITIONERS GUILT. PETITIONER is 6'2". AND LASTLY- MR. WASHINGTON INITIAL STATEMENTS TO DETECTIVES CONCERNED THE PETE MEZA AND BORREGO BURGLARIES. THERE WERE NOT ANY STATEMENTS CONCERNING THE HAVERN BURGLARY IN COUNT #1 WHICH WOULD IMPLICATE PETITIONER AS A PERPATRAITOR OF THAT CRIMES COMMISSION.

GROUND #3 OF PETITIONERS UNEXHAUSTED CLAIMS IS IN FACT A STATE ISSUE AT THE MOMENT, GROUND #4 RE GANGS EVIDENCE CLEARLY OUTLINES AN ARGUMENT

HOW AND WHY THE BASIL PETITIONERS FEDERAL RIGHTS TO DUE PROCESS OF LAW GUARANTEED TO PETITIONER UNDER THE UNITED STATES CONSTITUTION. AS THE PETITIONER POINTED OUT IN HIS BRIEF CONCERNING THE ISSUE, THE TRIAL JUDGE CLEARLY NOTED THAT THE EVIDENCE OF PETITIONERS CO-DEFENDANT TONY WASHINGTON'S GANG AFFILIATION. WOULD IN TURN. PREJUDICE PETITIONER BY GIVING RISE TO THE FACT THAT PETITIO PETITIONER WOULD ALSO BE LOOKED AT AS A GANG MEMBER (VI RT5 P. 701 ) THEREFORE . IT IS SOLIDLY PETITIONERS ARGUMENT THAT THIS EVIDENCE OF GANG MEMBERSHIP VIOLATED PETITIONERS DUE PROCESS RIGHTS TO A FAIR TRIAL. GROUND #5 ALSO IS A FEDERAL QUESTION OF DUE PROCESS BECAUSE OF THE FACT THAT THE VIDEOTAPE WAS 1.) NOT 1) VERIFIED, 2.) USED BY PROSECUTION TO MANIPULATE EVIDENCE, 3.) BECOME HIS OWN WITNESS . ALL VIOLATIVE OF PETITIONERS RIGHT TO A FAIR TRIAL.

GROUND # 6 INVOLVES DUE PROCESS TO A FAIR TRIAL BECAUSE OF THE PROSECUTORS NUMEROUS ACTS OF MISCONDUCT AND UNFAIR TACTICS. AS WELL AS VOUCHING FOR THE WITNESS'S .

GROUND # 8 I. A. C . THE PETITIONER ARGUES THAT COUNSEL SHOULD HAVE INVESTIGATED PETITIONERS CASE IN ORDER TO PROPERLY DEFEND PETITIONER . PETITIONER ARGUED THAT HIS TRIAL COUNSEL SHOULD HAVE MOTIONED

TO BAR ANY STATEMENTS OF
PETITIONERS ~~TRIAL COUNSEL~~ P.O. JIM BURGERT OF
C.Y.A. PAROLE BECAUSE OF THE FACT THAT MR. BURGERT'S
PARTICIPATION IN THE INVESTIGATION OF PETITIONER
THUS VIOLATING PETITIONERS 5TH AMENDMENT
RIGHTS NOT TO INCRIMINATE, AND TO REMAIN SILENT
WHICH WAS BREACHED BY PETITIONERS P.O. BURGERT
WHEN BURGERT DID NOT PROVIDE PETITIONER WITH HIS
RIGHT TO REMAIN SILENT, AND USED PETITIONERS STATE-
MENTS AGAINST PETITIONER IN A CRIMINAL TRIAL.
HAD COUNSEL BANNED TESTIMONY ALL TOGETHER,
PETITIONER 1.) WOULD NOT HAVE BEEN PREJUDICED BY
MR. BURGERTS TESTIMONY OF PETITIONERS JUVENILE
DELINQUNCY AND VIOLATIONS THAT HAD NOTHING TO DO
WITH PETITIONERS BURGIARY CHARGE; 2.) WOULD HAVE
FORCED PROSECUTION TO PROVE PETITIONER STAYED AT
THE 8614½ RESIDENCE WITHOUT RELYING OF HEARSAY.

GROUND #8: THE RESPONDENT DID NOT ADDRESS PETITIONERS
ALLEGED VIOLATION RE OFFICER CARROLS TESTIMONY CONCER-
NING CO-DEFENDANT WASHINGTONS AND PETITIONER BEING
STOPPED AND WASHINGTON BEING ARRESTED. WHICH AGAIN
PETITIONER ALLEGED WAS A FEDERAL VIOLATION OF PETIT-
IONERS DUE PROCESS RIGHTS TO A FAIR TRIAL.

GROUND #9: CUMULATIVE ERROR PETITIONER PLAINLY ALLEGED
THAT ALL OF THE ERRORS THROUGHOUT PETITIONERS TRIAL
RESULTED IN A VIOLATION OF PETITIONERS FEDERAL
DUE PROCESS RIGHTS TO A FAIR TRIAL

GROUND #10: ERRONEOUS JURY INSTRUCTION, IS SQUARELY ROOTED IN PETITIONERS RIGHT TO HAVE ALL CHARGES PROVED BEYOND A REASONABLE DOUBT. A FEDERAL QUESTION EXIST.

GROUND #11: AGAIN RESPONDENT FAILED TO ADDRESS PETITIONERS ALLEGED "MARSDEN" VIOLATION. A FEDERAL QUESTION. 6TH AMENDMENT.

## I I.

PETITIONER HAS SHOWN THAT HE HAS SUFFERED FROM MENTAL DEFICIENCES THAT PRODUCE SUBSTANTIVE EVIDENCE OF PETITIONERS INCOMPETENCE TO WARRANT AN INCOMPETENCE HEARING AND APPOINTMENT OF A GUARDIAN AD LITEM W/ ADDITIONAL DOCUMENTATION

THE RESPONDENT CLAIMS PETITIONER IS NOT FIT TO RECEIVE A GUARDIAN AD LITEM CITING AMONGST OTHER THINGS, 'PETITIONER FAILS TO PRODUCE SUBSTANTIAL EVIDENCE OF INCOMPETENCE TO WARRANT A GUARDIA AD LITEM. 2.) THAT PETITIONER HAS A HIGH-SCHOOL DIPLOMA. 3) AND THAT AN EVALUATION ON FEBRUARY 14, 2008 PROVIDES INFORMATION THAT A SCHOOL TEACHER SAW PETITIONER READING, WRITING, TYPING and WORKING ON LEGAL PAPERS. THE EVALUATION BY B. BETZ Ph.D WAS AS RESULT OF A REFERRAL BY

PETITIONER, TEACHER, AFTER A CONFRONTATION BETWEEN PETITIONER AND TEACHER (SEE EX. "A") IN WHICH PETITIONER WAS WRITTEN UP FOR NOT DOING ENOUGH WORK. EX "A" CLEARLY LAYS OUT THE GRADE SCORES FROM A TEST ADMINSTERED TO PETITIONER FROM A COMPLETED EXAM/TABE AND THE SCORE SHOWS NOT A 0.0 [3/] AS STATED BY RESPONDENT, BUT A GRADE AVERAGE OF 1.7, IN READING, THIS TEST WAS GIVEN BY THE SAME TEACHER WHO CLAIMED PETITIONER'S READING SCORE WAS 0.0. THE SAME EX "B" MAKES IT ~~OBSE~~ ABSURB TO CLAIM PETITIONER STATED HE COULD NOT READ WHEN CLEARLY ALL OF THE TEST SCORES INVOLVE READING. IT IS PETITIONERS SOLE ARGUMENT THAT PETITIONER SUFFERED FROM SEVERE COGNITIVE DISFUNCTION AS A RESULT OF PCP AND SEVERAL OTHER DIFFERENT SUBSTANCE ABUSE, AS NOTED IN PETITIONERS AMENDED PETITION EX "B", WHICH NOW RENDERS PETITIONER INCAPABLE OF LITIGATING HIS OWN CAUSE. PETITIONER HAS PRODUCED TEST TO REFLECT HIS CURRENT ACADEMIC, AND GRADE LEVEL'S, AND RESPONDENT HAS PRODUCED SPECULATION AND UNSUBSTANTIATED HEARSY. INDEED THE EVALUATION BY B. BETZ Ph.D, REFLECTS THAT PETITIONER GOT QUESTIONS INCORRECT (EX "C" P.104) AND THE ENTIRE FOCUS IS ON A HIGH SCHOOL DIPLOMA WHICH PETIONER ACQUIRED (10) YEARS AGO. EX "D" UNFORTUNATELY PETITIONER DID NOT SUFFER BACK THEN FROM P.C.P, COCAINE, PAINT SNIFFING AND OTHER HARMFUL DRUG USE THAT DAMAGES HUMAN BRAIN FUNCTION, SO TO REFLECT (10) YEARS BACK IS NOT USEFUL TODAY WITH ENTIRELY DIFFERENT CONDITIONS

3/ THE TABE TEST WAS CONDUCTED 1-09-08. THE PSYCH EVAL BY B. BETZ WAS CONDUCTED 02-14-2008, MAKING IT IMPOSSIBLE FOR PETITIONER TO HAVE 0.0 SCORE IN READING.

AND CIRCUMSTANCES. AS RESPONDENT CORRECTLY NOTES PETITIONER WAS CLEARLY SEEN READING AND WRITING, IT IS APART OF PETITIONER REQUIREMENTS TO READ AND WRITE WHILE IN HIS SCHOOL CLASS. IF PETITIONER DID NOT READ OR WRITE, I.E SCHOOL WORK, PETITIONER WOULD BE DISCIPLINED (EX "A") THUS. IT IS UNFAIR THAT RESPONDENT IS NOW TRYING TO USE A TEACHER OBSERVING PETITIONER DOING SCHOOL WORK AGAINST PETITIONER. AND ALSO UNFAIR TO USE A TEACHERS ALLEGED STATE-MENT THAT PETITIONER WAS SEEN READING AND WRITING WHEN READING AND WRITING IS WHAT PEOPLE ARE SUPPOSED TO DO IN HIS CLASS ROOM. AS FAR AS LEGAL WORK BEING DONE, THERE EXIST NO EVIDENCE/VERIFICATION TO SUBSTANTIATE THIS ASSUMPTION. EVERY LEGAL DOCUMENT FROM 2007-08 [4] HAS BEEN PREPARED BY OTHER INMATES ASSISTING PETITIONER WITH HIS CASE. WHAT REMAINS FACT IS PETITIONERS TABE SCORE FOR 2008. REFLECTING PETITIONERS GRADES. B. BETZ Ph.D EVALUATION OR PETITIONER REFLECTS PETITIONER DID NOT KNOW HOW TO CORRECTLY TELL THE TIME, TAKE AWAY 35 FROM 100, OR WHAT TIME THE CLOCK DISPLAYED (EX "C" P. 1 OF 4) ALSO THAT PETITIONER NEEDED HELP FILLING OUT CANTEEN FORMS, AND LAUNDRY FORMS (EX "C" P. 3 OF 4). PETITIONER WOULD BENEFIT FROM THE ASSISTANCE OF A GUARDIAN AD LITEM. AND BESEECHES THIS COURT TO GRANT A COMPETENCY HEARING TO DECIDE THE MATTER.

---

[4]/ INMATE M.T. SHANNON,
INMATE M. LINDSEY

ACCORDINGLY, PETITIONER REQUEST THE COURT STAY THE PROCEEDINGS AND HOLD THE FEDERAL PETITION IN ABEYANCE WHILE PETITIONER EXHAUST HIS CLAIMS IN STATE COURT. PETITIONER SHOULD BE ALLOWED TO PURSUE STATE REMEDIES OF HIS UNEXHAUSTED CLAIMS BECAUSE PETITIONER TRIED SEVERAL TIMES TO BRING THEM IN LOWER STATE COURTS BUT WAS DENIED THE OPPORTUNITY. IT WOULD THUS BE UNFAIR TO DENY PETITIONER THE OPPORTUNITY TO HAVE THEM EXHAUSTED AND HEARD BY FEDERAL COURTS AS A RESULT OF AEDPA LIMITATIONS. PETITIONER PRAYS THE COURT GRANT GUARDIAN AD LITEM.

DATED AUGUST 22, 2008

RESPECTFULLY SUBMITTED,
M. LINDSEY FOR PETITIONER IN PROPER

EXIBIT A

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS
                                                                                            CDC 128 A (8-87)

**NAME and NUMBER**    MCDONALD, J.    T01657    A2-245U

On Wednesday, February 27, 2008, while performing my duties of ABE I Academic Teacher,
I gave I/M MCDONALD, T01657, verbal instructions that my expection for him was to com-
plete all the written assignments for the day before he could do any extra curricular
activities. I also told him he was to show me his completed work. At approximately 0900
I observed I/M MCDONALD engaged in an activity other than his school work. I checked
the class gradebook and there was no recorded grades for I/M MCDONALD, and he had not
shown me any completed work. This put him in violation of Title 15, Section 3041(d). I/M
MCDONALD needs to be aware that another occurence may result in the issuance of a CDC115.

Original: C File
    cc: Inmate
        Writer                          C. M. RUTHERFORD
        CC I                            ABE I Acad. Teacher
                                        Fac. A, CSP-LAC

**DATE**    February 28, 2008          SECTION 3041(d)                **CUSTODIAL COUNSELING**

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS
                                                                                            CDC 128 A (8-87)
**NAME and NUMBER**

**DATE**                                                             **CUSTODIAL COUNSELING**

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS
                                                                                            CDC 128 A (8-87)
**NAME and NUMBER**

**DATE**                                                             **CUSTODIAL COUNSELING**

EXIBIT B

Ex. 8

STATE OF CALIFORNIA
CDC 128-E (Rev. 10/98)

**EDUCATION PROGRESS REPORT**

DEPARTMENT OF CORRECTIONS

18

| BEHAVIOR/ASSESSMENT | | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|---|
| Adaptability | S | U | Vocational Title: | | |
| Conduct | S | U | Academic Title: ESL ABE I | 34 | 0 |
| Cooperation | S | U | Adult High School Title: | | |
| Dependability | S | U | General Education Development | | |
| Initiative | S | U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:
10·07 TABE R.1.7, M.2.1, L.1.6, AVG 1.3

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 10·17·07 | | | |

COMMENTS SPECIFIC TO COURSE: Inmate McDonald does as little as possible
but he does it quietly.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | | SUPERVISORY REVIEW |
|---|---|---|---|---|
| 1·9·08 | A/F | M. Rutherford  M. Rutherford | INITIALS | |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| McDonald, J. | T 01657 | C.S.P.-LAC |

**DISTRIBUTION:** White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

EXIBIT "C"

EX "C"

State of California, Department of Corrections and Rehabilitation – Institution: **LAC**    Page Number 1 of 4
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

**Clark Adaptive Support Evaluation:** [ X ] **Phase III Initial** [ X ] **Phase IV Follow-up**

Sources Utilized: [X] Inmate [X] C-File [X] Medical Record
[ ] Teacher [ ] Correctional Officer [ ] Employer [ ] Other:

**Results:** [X] **NDD** [ ] **DD1** [ ] **DD2** [ ] **DD3**

*POSSIBLE* developmental disability before age 18? [ ] YES OR UNKNOWN [X] NO

Primary Language — English    Ethnicity — BLK    Regional Center Status: Yes (No) Unk

Summary Justification for Designation: Seen for re-evaluation of DD1 status.
He was referred for DDP re-eval by his teacher. He allegedly
can't read w/ T.A.B.E. Reading score of 0.0, yet he's been
observed reading, writing, typing, and working on ___ P paper-
work by teacher, DDP officers, and mental health staff.
Interview w/ inmate revealed vocabulary, knowledge base,
and verbal reasoning skills well in excess of a DDP-
qualifying inmate. Review of C-file indicates that he has
a high school diploma (w/o special ed. courses), that he
worked culinary at RJDCF, that he had a drivers
license, and that he occupied a "position of leadership
in his controlling case." Inmate removed from DDP.

Clinician — B. Betz, PhD    Signature ___    Date 02/14/08
If above is unlicensed,
Licensed Clinician ___    Signature: ___    Date ___

**THIS SECTION TO BE COMPLETED BY INMATE:**

Name McDonald Joseph    CDC# T01657    Date of Birth 3-14-79

Current Assignment AQ-245J    City and State of Birth Phoenix

100 - 35 = Said can't do    If it is 2:45 PM, what time will it be in 15 minutes? 2:55    What time is it? → 1:47

Please read aloud: An inmate's fingernails shall not extend more than ¼ inch beyond the tips of the fingers.

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

CDC Form MH 3  [3/1/2007]

Confidential Client/Patient Information
See W & I Code, Section 5328

File under "DATA" in the MENTAL HEALTH section of the UNIT HEALTH RECORD

Last Name:    First Name:    MI

McDonald, Joseph

T01657

CDC:    Date of Birth:

State of California, Department of Corrections and Rehabilitation – Institution: _LAC_ Page Number 2 of 4
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:_____ All Staff, Clinicians, Treatment Teams

### A.    VERBAL COMMUNICATION / MEMORY
*Quality and accuracy of narrative speech, receptive capacity; attention span; short / long term memory*

| | |
|---|---|
| **1. Rate performance on previous page.** | |

| | Summary |
|---|---|
| 2. When and how did you come to the USA. (For immigrants) <br> 3. What year did you come to prison? <br> 4. What are your immediate goals? <br> 5. How well do you follow instructions? <br> 6. Who did you live with before prison? <br> 7. When is your release date? <br> 8. What are your plans when you get released? | 2003 doesn't get out until 2021 <br> indigent – SRO <br> 2021 <br> None yet – too far in future <br> Release Date: |

### B.    ACADEMIC / WORK
*Amount and degree of success in school and work settings*

| TABE Scores | | |
|---|---|---|
| Reading _____ Math _____ Date _____ | | |
| Reading _____ Math _____ Date _____ | | |
| Reading _____ Math _____ Date _____ | | |

Last Grade Completed 12 Year 2000
Approximate Grade Average Grades of A, B, & C
History of Special Education? Yes (No) ..UNK
If yes, reason:

| | Summary |
|---|---|
| 1. What job skills have you learned? | none |
| 2. What were the longest jobs you had outside of prison? | none |
| 3. Why did you leave your jobs? | N/A |
| 4. What jobs have you had in prison? <br> What duties? <br> Length of service? | porter – dropped b/c OOP – moved from D yard to A yard & put him in school |
| *Ratings and comments from Work/School Performance Evaluations in C-file, with dates.* | |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES <br><br> CDC Form MH 3 [3/1/2007] <br><br> Confidential Client/Patient Information <br> See W & I Code, Section 5328 | File under "DATA" in the MENTAL HEALTH section of the UNIT HEALTH RECORD | Last Name:        First Name:        MI <br> McDonald, Joseph <br><br> TO1657 <br> CDC:        Date of Birth: |

State of California, Department of Corrections and Rehabilitation – Institution: _____L-AC_____    Page Number 3 of 4
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:_____ All Staff, Clinicians, Treatment Teams

### C.    SELF-CARE
*Current grooming presentation; are ADLs prompted or self-initiated; awareness of health maintenance*

| | Summary |
|---|---|
| 1. Do you sometimes need reminders to shower or brush your teeth? <br> 2. How do you make sure you have clean sheets and clothes? <br> 3. Who keeps your cell clean? <br> 4. Name things you can do when others are coughing or sneezing near you? | Cellie helps him fill out form for laundry. Cellie |
| 5. Who did your laundry before prison? <br> 6. How did you arrange to see a doctor? <br> 7. Who bought groceries and cooked? <br> 8. What are/were your responsibilities in your family? | try not sick throw clothes away & steal more. didn't need to see a doctor P.O. gave him food voucher not in contact w/ family. |
| *What do officers say about inmate's ability to care for himself/herself?* | |

### D.    SELF-DIRECTION
*Level of reliance on others for basic needs*

| | Summary |
|---|---|
| 1. How do you make purchases from the canteen? <br> 2. What do you do if you do not like your assignment (work, school?) <br> 3. What do you do if you do not receive a package sent to you? | no $ on books – guy who helps him fill out a form for canteen tries to get help from DR office never gets any packages |
| When outside prison: <br> 4. Do you drive a car? Motorcycle? <br> 5. Have you had a driver's license? <br> 6. Have you owned a car? <br> 7. How do you find which bus to take? <br> 8. Who took care of your money? | yes yes yes · NA yes |
| *What assistance have officers needed to provide for this inmate* | |

| | | |
|---|---|---|
| **MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES** <br><br> CDC Form MH 3 [3/1/2007] <br><br> Confidential Client/Patient Information <br> See W & I Code, Section 5328 | File under "DATA" in the MENTAL HEALTH section of the UNIT HEALTH RECORD | Last Name:    First Name:    MI <br> McDonald, Joseph <br><br> T01657 <br> CDC:    Date of Birth: |

State of California, Department of Corrections and Rehabilitation – Institution: _LAC_    Page Number 4 of 4
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:____ All Staff, Clinicians, Treatment Teams

### E.    SELF-ADVOCACY/USE OF INMATE RESOURCES
*Level of naiveté regarding prison culture, routine, available resources; adherence to rules, schedule*

| | Summary |
|---|---|
| 1. What is a 602? Have you filed one? How much does it cost to file? **[Comment on the quantity and quality of 602s and 1824s in C-file]**<br>2. What do you do if you see an enemy?<br>3. What is decided at Classification Hearings? What do you learn?<br>4. What kinds of things can a Correctional Counselor do for you? | "When you're having a PX w/— I'll just say a prob!"<br><br>No enemies.<br><br>Tell you where you're gonna go & to keep doing good. Have DDP officer there. |

Don't do nothing for him.

### F.    SOCIALIZATION
*Ability to interact socially, e.g. small talk, humor, phone/written contact with friends/family; nature of interactions with peers/staff; ability to cope with stressors of prison; ability to control anger; use of staff to resolve problems.*

| | Summary |
|---|---|
| 1. What do you do if someone keeps bugging you?<br>2. What is a 115? How many have you received and why?<br>3. Have you gotten into any verbal or physical fights in prison?<br>4. Have you been pressured to do things you did not want to do or give up your property? | Don't mess w/ too many people, do l<br>OK when they write you up.<br>no.<br>no. |

### G.    LEISURE TIME
*Ability to initiate/participate in recreational / leisure activities; use of time on yard*

| | Summary |
|---|---|
| 1. What are your hobbies/interests?<br>2. What sports do you play?<br>3. What do you do on the yard?<br>4. What do you like to read?<br>5. How do you keep up with the news?<br>6. How do you keep in contact with family and friends outside prison?<br>7. How do you spend your free time outside of prison? | Working out. basketball<br>football<br>work out<br>doesn't read<br>doesn't worry about it b/c gets dep when he thinks about it<br>no family/friends outside<br>crime |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES<br><br>CDC Form MH 3 [3/1/2007]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | File under "DATA" in the MENTAL HEALTH section of the UNIT HEALTH RECORD | Last Name:    First Name:   MI<br><br>McDonald, Joseph<br><br>CDC: T01657   Date of Birth: |

EXIBIT "D"

**The California Education Authority**                                    Arnold Schwarzenegger, Governor
_____

4241 Williamsbourgh Drive, Sacramento, California 95823
Telephone (916) 262-1500
YA TDD (916) 262-2913
California Relay Services (800) 735-2929

Lancaster State Prision
Joseph McDonald #T-01657
A-3-136U                                              7-9-2007
44750 60th Street West
Lancaster , CA  93536


**In reply to your request for information regarding:**
NAME:  McDonald, Joseph Hilton #T-01657
**DOB:**    3/14/79
**SSN:**

∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿

**The above noted individual has obtained one of the following:**


☒    **H.S. DIPLOMA**

Your school records indicate that you completed  the requirements for graduation from
  Marie C. Romero HS                                            on  10/26/1998  The
California Education Authority does not issue duplicate diplomas.  Certified copies of transcripts,
which have recorded graduation dates should serve as proof of your graduate status.


☐    **GED**
You have taken and passed the General Education Development (GED) test on


☐    **CHSPE**
You have taken and passed the California High School Proficiency Exam (CHSPE) on


☐    **NON-GRADUATE**
You have not achieved any of the above certificates.


☐    **NO TRANSCRIPT LOCATED**

If you believe you are a graduate or have achieved a GED or CHSPE, please contact  Education
Testing Services (ETS) at 1-866-370-4740 or State Department of Education at 1-916-319-0792.


Sincerely,

*Sheryl Acy for*

Patty Knies, Office Assistant
Education Services

**Enclosure(s):**

## TRANSCRIPT OF HIGH SCHOOL RECORD

**Full Name**  MCDONALD, Joseph Hilton

**Also Known**

**d.o.b** 03/14/79          **Student** 68731

**Entered** 03/20/2003

**Withdrew** 03/24/2003    **GED** 00/00/00
**or**
**Graduated** 10/26/98

**School** MARIE C. ROMERO H.S.

| Required Subjects | Credits Req'd | Credits Completed | Req. Met |
|---|---|---|---|
| English | 30 | 0.0 | |
| Math | 20 | 0.0 | |
| Life Science | 10 | 0.0 | |
| Physical Scienc | 10 | 0.0 | |
| US History | 10 | 0.0 | |
| World History | 10 | 0.0 | |
| Government | 5 | 0.0 | |
| Economics | 5 | 0.0 | |
| Fine Arts | 10 | 0.0 | |
| Charcter Ed | 10 | 10.0 | * |
| Physical Educ | 20 | 0.0 | |
| Electives | 60 | 2.5 | |
| Post Graduate | | 0.0 | |
| **Total Credits** | **200** | **12.5** | |

| BASIC SKILLS INVENTORY | | TABE: | | | |
|---|---|---|---|---|---|
| | Date Passed | | Date | Total | Level |
| Reading | 00/00/00 | Read: | 00/00/00 | 0 | |
| Math | 00/00/00 | Math: | 00/00/00 | 0 | |
| Language | 00/00/00 | Lang: | 00/00/00 | 0 | |

| Year | Grade | First Semester Classes Class Title | Grade | Credits | Second Semester Classes Class Title | Grade | Credits |
|---|---|---|---|---|---|---|---|
| 1999-2000 | | | | | | | |
| | | Employability | C | 2.0 | Preparole | C | 2.0 |
| | | | | | Victims Impac t | C | 5.0 |
| | | | | | Gang Awareness | B | 3.0 |
| | | | | | Machine Shop | C | 0.5 |
| | | SubTotal | | (2.0) | SubTotal | | (10.5) |

Tr
Of
Attest        *Sheryl Acy for*
              *Glenda Pressey*
Superinte
CA Education Authority

**[Signed]** *Ken Andrews*
Ken Andrews
Lyle Egan High School
15180 S. Euclid Ave.

Chino          CA    91710

**[Issued]** Monday, March 24, 2003

General Comments:
10-26-98 - GRADUATED MARIE C. ROMERO H.S.

BXF
SD
3/24/03

## TRANSCRIPT OF HIGH SCHOOL RECORD

| Full Name | MCDONALD, Joseph Hilton |
|---|---|
| Also Known | FLOWERS, Joseph Hilt |
| d.o.b | 03/14/79 |
| Student | 68731 |
| Entered | 07/30/96 |
| Withdrew or | 11/02/98 |
| GED | 00/00/00 |
| Graduated | 10/26/98 |
| School | Marie C. Romero High |

| Required Subjects | Credits Req'd | Credits Completed | Req. Met |
|---|---|---|---|
| English | 30 | 35.5 | * |
| Math | 20 | 23.5 | * |
| Life Science | 10 | 10.0 | * |
| Physical Scienc | 10 | 10.0 | * |
| US History | 10 | 10.0 | * |
| World History | 10 | 11.0 | * |
| Government | 5 | 8.0 | * |
| Economics | 5 | 5.0 | * |
| Fine Arts | 10 | 18.0 | * |
| PE | 20 | 29.5 | * |
| Electives | 70 | 40.0 | |
| Post Graduate | | 0.0 | |
| **Total Credits** | **200** | **200.5** | |

### BASIC SKILLS INVENTORY

| | Date Passed |
|---|---|
| Reading | 00/00/00 |
| Math | 00/00/00 |
| Language | 00/00/00 |

### TABE:

| | Date | Total | Level |
|---|---|---|---|
| Read: | 08/07/96 | 10.9 | N/6 |
| Math: | 01/14/98 | 8.3 | N/5 |
| Lang: | 08/07/96 | 10.9 | N/6 |

| Year | Grade | First Semester Classes Class Title | Grade | Credits | Second Semester Classes Class Title | Grade | Credits |
|---|---|---|---|---|---|---|---|
| 93-95 | 9 | Sarah Anthony | | | Fred C. Nelles | | |
| | | English | C | 5.0 | English | B | 8.5 |
| | | Math | B | 5.0 | Math | C | 6.0 |
| | | World History | C | 5.0 | Music Apprec. | C | 5.5 |
| | | P.E. | A | 5.0 | P.E. | C | 6.0 |
| | | SubTotal | | (20.0) | SubTotal | | (26.0) |
| 95-96 | 10 | O.H. Close | | | O.H. Close | | |
| | | Life Science | C | 5.0 | English | C | 1.0 |
| | | U.S. History | C | 5.0 | Phy. Science | C | 2.0 |
| | | World History | A | 2.0 | World History | C | 2.0 |
| | | World History | C | 5.0 | Ceramics | C | 2.5 |
| | | Ceramics | C | 5.0 | P.E. | B | 3.5 |
| | | Ceramics | B | 5.0 | | | |
| | | Imp. Crime On Victim | A | 4.0 | | | |
| | | SubTotal | | (28.0) | SubTotal | | (11.0) |
| 96-97 | 10 | El Paso de Robles | | | El Paso de Robles | | |
| | | Voc Adv Masonry | P | 1.0 | English 3 | B | 1.0 |
| | | | | | English 2 | B | 5.0 |
| | | | | | English 2 | C | 2.0 |
| | | | | | English 1 | C | 3.0 |
| | | | | | English 1 | B | 5.0 |
| | | | | | English 2 | B | 5.0 |
| | | | | | Amer. Govt. | B | 5.0 |
| | | | | | Amer. Govt. | A | 3.0 |
| | | | | | Economics | A | 2.0 |
| | | | | | Economics | A | 3.0 |
| | | | | | Voc Adv Masonry | A | 3.0 |
| | | | | | Voc Adv Masonry | A | 2.5 |
| | | | | | Empl. Sk. | P | 5.0 |
| | | | | | Voc B. Gen Landscpg | B | 1.0 |
| | | | | | Voc B. Gen Landscpg | C | 1.0 |
| | | SubTotal | | (1.0) | SubTotal | | (46.5) |
| 97-98 | 11 | Marie C. Romero High | | | Marie C. Romero High | | |
| | | Math A | C | 5.0 | Consumer Math | C | 5.0 |
| | | Life Sc. | C | 5.0 | Consumer Math | C | 2.0 |
| | | U.S.History | C | 4.0 | Earth. Sci. | C | 3.0 |
| | | U.S. History | C | 1.0 | Earth. Sci. | B | 5.0 |
| | | P.E. | B | 2.5 | P.E. | B | 6.5 |
| | | P.E. | B | 4.5 | P.E. | C | 1.5 |
| | | | | | Voc Adv Graph Arts | C | 3.0 |
| | | | | | Voc Adv Upholstery | B | 0.5 |
| | | | | | Voc Gen Mech Drwg | C | 2.0 |
| | | | | | Transition Skills | C | 2.0 |
| | | | | | Voc Gen Mech Drwg | C | 2.0 |
| | | SubTotal | | (22.0) | SubTotal | | (33.0) |
| 98-99 | 12 | Marie C. Romero High | | | | | |
| | | Gen. Upholstery | C | 4.0 | | | |
| | | Voc Adv Upholstery | C | 3.0 | | | |
| | | Voc Adv Upholstery | C | 4.0 | | | |
| | | Gen. Upholstery | C | 2.0 | | | |
| | | SubTotal | | (13.0) | SubTotal | | (0.0) |

### CERTIFICATION

Foregoing Instrument Is A Correct Copy
the Original On File In This Office.
Attest:

Superintendent
CA Education Authority

[Signed]
*John M. Atherstone, Principal*
Marie C. Romero High School
4545 Airport Rd.
P.O. Box 7008
Paso Robles    CA    93447-7008

[Issued]    *November 24, 1998*

General Comments:

# DECLARATION OF PETITIONER

I, JOSEPH MILTON McDONALD, HERBY DECLARE THE FOLLOWING:

1. I AM THE PETITIONER/APPELLANT IN THIS MATTER, ASSIGNED AS CASE NO. DD46881.

2. I AM A PRISONER OF THE STATE OF CALIFORNIA, SERVING SENTENCE IN THE A-YARD FACILITY AT CSP-LAC.

3. I AM UNDER THE CARE OF A PSYCHIATRIST.

4. I SUBMIT THIS DECLARATION TO REQUEST THAT I BE ASSIGNED A NEXT OF FRIEND. IN THAT I AM INCAPABLE OF PROCEEDING ON MY OWN. TO PURSUE THE ARGUABLE ISSUES PRESENTED TO THIS COURT WHICH I BELIEVE TO BE MERITORIOUS OF A REVERSAL OR MODIFICATION OF THE UNDERLYING JUDGEMENT OF CONVICTION.

5. THE TERM "ARGUABLE ISSUES" CONSIST OF (a) MERITORIOUS ISSUES THAT (b) HAVE A REASONABLE POTENTIAL FOR SUCCESS.

6. ALTERNATIVELY, I REQUEST A STAY AND ABEYANCE TO EXHAUST OTHER ISSUES NOT PRESENTED HEREIN AND UPON

PETITION TO FOLD IN RECENTLY EXHAUSTED ISSUES.

7. I BELIEVE THE DENIAL OF MY REQUEST WOULD (a) FOREVER TIME-BAR ME RE AEDPA AND (b) BE UNFAIR CONSIDERING THE CIRCUMSTANCES AS MADE KNOWN TO THIS COURT.

8. FOR THE FOREGOING REASONS, I RESPECTFULLY REQUEST THIS COURT GRANT STAY AND ABEYANCE AND NEXT OF FRIEND.

9. I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, EXECUTED THIS — DAY OF MAY 2008, AT LANCASTER, CALIFORNIA.

JOSEPH HILTON MCDONALD
DECLARANT

## DECLARATION BY M. LINDSEY

I, M. LINDSEY, * K-93        , HERBY DECLARE
THE FOLLOWING:

1. I AM A PRISONER OF THE STATE OF CALIFORNIA,
SERVING A SENTENCE AT CSP-LAC.

2. I SUBMIT THIS DECLARATION IN SUPPORT
OF MR. MCDONALD'S REQUEST AND ALTERNATIVE
REQUEST. IF MR. MCDONALD IS NOT GRANTED
A STAY AND ABEYANCE OF THE EXHAUSTED ISSUES,
TO EXHAUST HIS UNEXHAUSTED ISSUES WITH LEAVE TO
AMEND IN (30) DAYS. I HAVE PREPARED THE
INSTANT APPEAL TO BE HEARD BY THIS COURT.

3. I, HOWEVER, WILL NOT BE ABLE TO ASSIST
MR. MCDONALD ANY FURTHER DUE TO MY OWN
LITIGATION AND PENDING TRANSFER.

4. I PERSONALLY KNOW HOW MR. MCDONALD CONDUCTS
HIMSELF WITHIN THE A-YARD COMMUNITY, AND I
PERSONALLY KNOW THAT BECAUSE OF HIS MENTAL
DISABILITIES, COUPLED WITH HIS UNFAMILIARITY OF
THE CRIMINAL APPEAL PROCESS, HE WILL BE UNABLE
TO FILE ANY BRIEFS WITHOUT ASSISTANCE.

6. I AM FAMILIAR WITH A GREAT DEAL OF THE FACTS CONCERNING MR. MCDONALD'S CASE.

7. I HAVE EXPLAINED TO MR. MCDONALD THAT A CRIMINAL DEFENDANT HAS NO ABSOLUTE RIGHT TO A STAY AND ABEYANCE OR GRANTING OF A NEXT OF FRIEND. I EXPLAINED THAT HE WOULD WOULD HAVE TO MAKE SUCH REQUEST'S AND AWAIT THE COURTS RULING.

8. I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY. EXECUTED THIS ___ DAY OF MAY 2008 AT LANCASTER, CALIFORNIA.

M. LINDSEY. LEGAL ASSISTANT AND DECLARANT.

**PROOF OF SERVICE BY MAIL**

**(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)**

I, _Joseph McDonald_ , hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP/LAC – A2-141J 245, P.O. BOX 8457, Lancaster, CA 93539-8457.

On _8-24-08_ , I delegated to prison officials the task of mailing, via the institution's internal mail system (*Houston v. Lack*, 487 US 266 [101 L.Ed.2d 245; 108 S.Ct. 2379] (1988)), the below entitled legal document(s): _Appeal of Conviction, Reply to Respondent._

by placing said documents in a properly addressed and sealed envelope, with postage fully pre-paid, in the United States Mail, deposited in the manner provided by CSP/LAC, and addressed as follows: _United States District Court Southern Dist. of California Office of the Clerk 880 Front Street, Suite 4290 San Diego, CA. 92101-8900_

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this _24_ day of _AUGUST_ 200_8_ at California State Prison – Los Angeles County.

_Joseph McDonald_
_Represented by M. Lindsey_